NO. 07-09-0056-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 13, 2009
______________________________

RUFUS SITO NANEZ, III,

                                                                                                 Appellant

v.

THE STATE OF TEXAS,

                                                                                                 Appellee
_________________________________

FROM THE 69th DISTRICT COURT OF MOORE COUNTY;

NO. 4077; HON. RON ENNS, PRESIDING
_______________________________

Order of Dismissal
_______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
          Rufus Sito Nanez, III, appellant, attempts to appeal his conviction for two counts of
aggravated sexual assault and burglary of a habitation. The court imposed sentence on
December 10, 2008. His notice of appeal was filed on February 4, 2009. We dismiss for
want of jurisdiction.
          To be timely, a notice of appeal must be filed within 30 days after the sentence is
imposed or suspended in open court or within 90 days after that date if a motion for new
trial is filed. Tex. R. App. P. 26.2(a). No motion for new trial was filed. 
          A timely filed notice of appeal is essential to invoke our appellate jurisdiction. Olivo
v. State, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). If it is untimely, we can take no
action other than to dismiss the proceeding. Id. at 523. Appellant's notice being untimely
filed, we have no jurisdiction over the matter and dismiss the appeal.
          Accordingly, appellant’s appeal is dismissed.



 
                                                                           Brian Quinn 
                                                                          Chief Justice 



Do not publish.



ure hereafter will be by
reference to "CCP_."